IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUMANA, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 21-924-LPS |
| | : | |
| MALLINCKRODT ARD LLC (f/k/a MALLINCKRODT ARD INC., f/k/a QUESTCOR PHARMACEUTICALS, INC.), | : | |
| Defendants. | : | |

**ORDER**

And now this 30th day of **July, 2021,**

IT IS HEREBY ORDERED that the above captioned case be referred to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 157(a), as the instant litigation is related to matters now pending before Judge John T. Dorsey.

_____
UNITED STATES DISTRICT JUDGE